147 A.3d 1196

IN THE MATTER OF FRANCIS P. CROTTY, AN ATTORNEY
AT LAW (ATTORNEY NO. 017761975)

November 4, 2016

## ORDER

This matter having been duly presented pursuant to *Rule* 1:20-10(b), following a granting of a motion for discipline by consent (DRB 16-133) of **FRANCIS P. CROTTY** of **FRANKLIN LAKES,** who was admitted to the bar of this State in 1975;

And the District IIA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (failure to act with due diligence and promptness in representing a client), *RPC* 1.4(b)(failure to keep a client reasonably informed about the status of a matter and to promptly comply with reasonable requests for information), *RPC* 1.4(c)(failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), *RPC* 3.3(a)(1)(making a false statement of material fact or law to a tribunal, *RPC* 3.3(a)(5)(failure to disclose to the tribunal a material fact knowing that the omission is reasonably certain to mislead the tribunal), *RPC* 5.5(a)(1)(practicing law in a jurisdiction where doing so violates the regulation of the legal profession in that jurisdiction), *RPC* 7.1(a)(1)(a lawyer shall not make false or misleading communications about the lawyer, the lawyer's services, or any matter in which the lawyer

has or seeks a professional involvement), *RPC* 7.5(a)(a lawyer shall not use a firm name, letterhead, or other professional designation that violates *RPC* 7.1), and *RPC* 8.4(c)(conduct involving dishonesty, deceit, or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(b), *RPC* 1.4(c), *RPC* 3.3(a)(1), *RPC* 3.3(a)(6), *RPC* 5.5(a)(1), *RPC* 7.1(a)(1), *RPC* 7.5.(a), and *RPC* 8.4(c), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. IIA-2015-0016E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20-16(e);

And good cause appearing;

It is ORDERED that **FRANCIS P. CROTTY** of **FRANKLIN LAKES** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.